**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | Case No. 25-90186 (ARP) |
| Debtors. | (Jointly Administered) |
| LINQTO TEXAS, LLC, *et al.*; and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LINQTO TEXAS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FORGE GLOBAL HOLDINGS, INC.; and DOES 1-10,<br><br>Defendants. | Adversary Proceeding No. 26-03265 (ARP) |

**WITNESS AND EXHIBIT LIST OF THE DEBTORS AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR HEARING ON JULY 28, 2026**

**PLEASE REFER TO MOVANTS' WITNESS AND EXHIBIT LIST
FILED IN BANKRUPTCY CASE NO. 25-90186 AT DOCKET NO. 2074**

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale, CA  94087.

1

Dated: July 24, 2026
Houston, Texas

Respectfully submitted,

**SCHWARTZ, PLLC**

By: */s/ Veronica A. Polnick*
Gabrielle A. Hamm (TX Bar No. 24041047)
Veronica A. Polnick (TX Bar No. 24079148)
Renee D. Wells (TX Bar No. 24013731)
440 Louisiana Street, Suite 1055
Houston, Texas  77002
Telephone:     (713) 900-3737
Facsimile:     (702) 442-9887
E-Mail:          ghamm@nvfirm.com
                     vpolnick@nvfirm.com
                     rwells@nvfirm.com

Samuel A. Schwartz (admitted *pro hac vice*)
Emily D. Aderson (admitted *pro hac vice*)
Jason Thomas (admitted *pro hac vice*)
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone:     (702) 385-5544
Facsimile:     (702) 442-9887
E-Mail:          saschwartz@nvfirm.com
                     eanderson@nvfirm.com
                     jthomas@nvfirm.com

*Counsel for Plaintiffs Linqto Texas, LLC, et al.*

**BROWN RUDNICK LLP**

By: */s/ Kenneth J. Aulet*

Adam P. Schiffer
609 Main Street Suite 3550
Houston, Texas 77002
Email: aschiffer@brownrudnick.com
Telephone: (281) 815-0511
Facsimile:  (281) 605-5699

Robert J. Stark (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Michael S. Winograd (admitted *pro hac vice*)
Seven Times Square, 47th Floor
New York, NY 10036
Telephone: (212) 209-4800

2

Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: mwinograd@brownrudnick.com

Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: msawyer@brownrudnick.com

*Counsel for the Official Committee of*
*Unsecured Creditors*

## Certificate of Service

I certify that on July 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Veronica A. Polnick
Veronica A. Polnick

3